IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| V.E. o/b/o A.B., | : |
| Plaintiff, | : |
| v. | : CASE NO. 4:23-CV-162-CDL-MSH |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

**ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's consent motion to remand this action for further development of the record, this case is hereby remanded to the Commissioner. Upon remand, the agency will obtain additional medical records concerning Claimant's mental impairments including those from Feoderis N. Basilio, M.D.; further evaluate a psychological report completed by Franciska Kocsner, Psy.D.; further evaluate whether medical improvement has occurred since the comparison point decision as required by 20 C.F.R. § 416.994a; offer Claimant an opportunity for a hearing; and take any further action needed to complete the administrative record.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this **20th** day of **February, 2024.**

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA