```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

| | |
|---|---|
| V.E. o/b/o A.B., | : |
| Plaintiff, | : |
| v. | : CASE NO. 4:23-CV-162-CDL-MSH |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## ORDER

Upon consideration of Plaintiff's amended and unopposed motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc. 22), the Court GRANTS Plaintiff's Motion (Doc. 22). Plaintiff is hereby awarded $5,675.18 in attorney's fees pursuant to EAJA; expenses in the amount of $49.49; and costs in the amount of $406.50. Any payment SHALL be made payable to Plaintiff and delivered to Plaintiff's counsel unless Plaintiff does not owe a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government may accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this 23rd day of May, 2024.

<pre>
                              S/Clay D. Land
                              CLAY D. LAND, JUDGE
                              UNITED STATES DISTRICT COURT
                              MIDDLE DISTRICT OF GEORGIA
</pre>